■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY ALLEYNE, Appellant. [6 NYS3d 495]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ingram, J.), rendered August 6, 2012, convicting him of attempted assault in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Dowling, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The Supreme Court properly denied that branch of the defendant's omnibus motion which was to suppress the complainant's identification testimony. The evidence presented at the hearing established that the complainant was sufficiently familiar with the defendant to render his photographic and showup identifications merely confirmatory (*see People v Dash*, 50 AD3d 914, 915 [2008]; *People v Stapleton*, 41 AD3d 744 [2007]; *People v Whiting*, 35 AD3d 637, 638 [2006]).

The defendant's contentions regarding the propriety of the prosecutor's comments in summation are unpreserved for appellate review and, in any event, the comments did not deprive the defendant of a fair trial and do not warrant reversal.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Dillon, Austin and Hinds-Radix, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BURKS, Appellant. [6 NYS3d 487]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 15, 2000 (*People v Burks*, 272 AD2d 476 [2000]), affirming a judgment of the Supreme Court, Kings County, rendered February 3, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Leventhal, Roman and Cohen, JJ., concur.